

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00371-CV

**OLMOS EQUIPMENT, INC.**,
Appellant

v.

Tina M. **ROMANE** and Estate of Richard F. Romane,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-12364
Honorable Barbara Hanson Nellermoe, Judge Presiding

PER CURIAM

Sitting:      Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice

Delivered and Filed:  June 25, 2014

DISMISSED FOR WANT OF PROSECUTION

When appellant filed this accelerated appeal, it was required to pay a $195.00 filing fee.

*See* TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN CIVIL CASES IN THE COURTS

OF APPEALS AND BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (Misc. Docket No.

13-9127, Aug. 16, 2013).  Appellant did not pay the required filing fee.  Accordingly, the clerk of

this court notified appellant of this deficiency by letter dated May 23, 2014, advising appellant the

fee was due within ten days of the date of the letter, i.e., June 2, 2014.  On June 5, 2014, when the

fee remained unpaid, this court ordered that appellant must, not later than June 10, 2014, either (1)

pay the applicable filing fee, or (2) provide written proof to this court that it is indigent or otherwise excused by statute or the Texas Rules of Appellate Procedure from paying the fee. *See* TEX. R. APP. P. 5 ("A party who is not excused by statute or these rules from paying costs must pay — at the time an item is presented for filing — whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just."). The court advised appellant that if it failed to respond satisfactorily within the time ordered, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3.

The filing fee has not been paid, and appellant has not otherwise responded to our June 5, 2014 order. We therefore **order** this appeal dismissed for want of prosecution. We further **order** appellant to bear all costs of this appeal.

PER CURIAM